STUART T. ING #7284
Law Office of Stuart T. Ing
1330 Ala Moana Blvd., Ste 301
Honolulu, Hawaii 96814
Telephone No.: (808) 521-6600 Fax. No. (808) 356-0256
Email: stuarti@lava.net

Attorney for Plaintiff GAVIEN RUSSELL DEMELLO

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>GAVIEN RUSSELL DEMELLO and<br>ANN-GAYLIN KALEIWOHIOKALAN<br>DEMELLO,<br><br>            Debtors. | CASE NO. 10-820<br>(Chapter 7) |
| GAVIEN RUSSELL DEMELLO,<br><br>            Plaintiff,<br><br>    vs.<br><br>HFS FEDERAL CREDIT UNION,<br><br>           Defendant. | Adv. Proc. No. 10-90106<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

## NOTICE OF DISMISSAL WITH PREJUDICE

      Comes now Plaintiff GAVIEN RUSSELL DEMELLO, by and through their attorney, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the Complaint Seeking Damages in Core Adversary Proceeding. There is no trial date set for this case.

      DATED:    Honolulu, Hawaii, August 4, 2010.

                                             /s/ Stuart Ing
                                             STUART T. ING,
                                             Attorney for Plaintiff GAVIEN RUSSELL DEMELLO